UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| Eduardo Herrera | Case No. 1:24-cv-0057-JLT-CDB |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| Ford Motor Company, et al | |
| Defendant. | |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED in accordance with the Notice of Acceptance with Offer of Judgment filed 12/11/2024.

December 16, 2024

KEITH HOLLAND, CLERK

By: /s/ R. Gonzalez,
Deputy Clerk