# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO HERRERA, | Case No.: 1:24-cv-0057 JLT CDB |
| Plaintiff, | ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE |
| v. | |
| FORD MOTOR COMPANY, et al., | |
| Defendants. | |

On December 11, 2024, Eduardo Herrera requested the entry of judgment pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, reporting that he accepted Ford Motor Company's offer of judgment. (Doc. 31 at 2.) At that time, Plaintiff indicated the issue of attorneys' fees and costs remained pending, and he anticipated resolution within 30 days. (*Id.*) The Court entered judgment on December 16, 2024. (Doc. 32.) Although more than 30 days have passed since the entry of judgment, Plaintiff did not take any additional action related fees and costs. Accordingly, the Court **ORDERS** that the the Clerk of Court close this case due to the entry of judgment.

IT IS SO ORDERED.

Dated:   **February 3, 2025**

UNITED STATES DISTRICT JUDGE