# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO HERRERA,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, et al.,<br><br>Defendants. | Case No. 1:24-cv-00057 JLT CDB<br><br>ORDER APPROVING THE STIPULATION REGARDING PLAINTIFF'S FEES, COSTS, AND EXPENSES<br><br>(Doc. 38) |

Plaintiff Eduardo Herrera and Defendant Ford Motor Company stipulated to resolve Plaintiff's attorneys' fees, costs, and expenses. (Doc. 38.) Ford Motor Company will pay $22,000.00 to Plaintiff's counsel no later than May 7, 2025. (*Id.* at 2.) The parties also request the Court order payment based upon the terms of the stipulation. (*Id.*) Thus, the Court **ORDERS**:

1. The stipulation of the parties (Doc. 38) is **APPROVED**.
2. Defendant **SHALL** pay $22,000.00 to resolve Plaintiff's fees, costs, and expenses.
3. Payment **SHALL** be made to counsel for Plaintiff no later than May 7, 2025.

IT IS SO ORDERED.

Dated:   **March 10, 2025**                                  _/s/ Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

1